IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BIG LOTS STORES, INC.,<br><br>　　　　　Defendant. | Civil Action No. 2:17-cv-00073<br><br>Hon. John Preston Bailey |

### DEFENDANT BIG LOTS STORES, INC.'S
### MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant Big Lots Stores, Inc. moves this Court to enter summary judgment in its favor for Plaintiff's claims of harassment and retaliation under the Americans with Disabilities Act, 42 U.S.C. §§ 12112 and 12203, as well as its claims for injunctive relief and punitive damages. A Memorandum in Support of this Motion is attached hereto.

Dated: June 22, 2018

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ David R. Stone
　　　　　　　　　　　　　　　　　　Mark A. Knueve (0067074), Trial Attorney*
　　　　　　　　　　　　　　　　　　Daniel J. Clark (0075125)*
　　　　　　　　　　　　　　　　　　Cory D. Catignani (0084329)*
　　　　　　　　　　　　　　　　　　VORYS, SATER, SEYMOUR AND PEASE LLP
　　　　　　　　　　　　　　　　　　52 East Gay Street
　　　　　　　　　　　　　　　　　　Columbus, Ohio 43215
　　　　　　　　　　　　　　　　　　Tel.: (614) 464-5645
　　　　　　　　　　　　　　　　　　Fax: (614) 719-4866
　　　　　　　　　　　　　　　　　　maknueve@vorys.com
　　　　　　　　　　　　　　　　　　djclark@vorys.com
　　　　　　　　　　　　　　　　　　cdcatignani@vorys.com
　　　　　　　　　　　　　　　　　　*Admitted *pro hac vice*

Justin M. Harrison (WVSB #9255)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, WV 25322
Tel.: (304) 340-1358
Fax: (304) 340-1080
justin.harrison@jacksonkelly.com

David R. Stone (WVSB #12824)
JACKSON KELLY PLLC
150 Clay St., Suite 500
Morgantown, WV 26501
Tel.: (304) 284-4100
Fax: (304) 284-4142
drstone@jacksonkelly.com

*Counsel for Defendant Big Lots Stores, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BIG LOTS STORES, INC.,<br><br>Defendant. | Civil Action No. 2:17-cv-00073<br><br>Hon. John Preston Bailey |

## CERTIFICATE OF SERVICE

I, David R. Stone, do hereby certify that on June 22, 2018, I electronically filed the foregoing Defendant's Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system.

/s/ *David R. Stone*
David R. Stone, Esquire