IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BIG LOTS STORES, INC.,<br><br>Defendant. | Civil Action No. 2:17-cv-00073<br><br>Hon. John Preston Bailey |

## **ORDER**

Having considered Defendant Big Lots Store's Inc.'s Unopposed Motion for Extension of Time to File Reply in Support of Summary Judgment in the above-styled and numbered action, the Court **GRANTS** the Motion.

It is hereby **ORDERED** that Defendant Big Lots Stores, Inc. may file its Reply in support of summary judgment on or before August 13, 2018.

Signed and entered this _____ of _____, 2018.

_____
HONORABLE JOHN PRESTON BAILEY
United States District Judge