# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# ELKINS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT ) <br> OPPORTUNITY COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) Case No. 2:17-cv-00073 <br> v. ) Judge Thomas S. Kleeh <br> ) <br> BIG LOTS STORES, INC., ) <br> ) <br> Defendant. ) <br> _____) | |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and Defendant Big Lots Stores, Inc. respectfully move the Court to approve and enter the Consent Decree attached as Exhibit 1 to this Motion. In support of this Motion, the Parties state as follows:

1. The Parties have negotiated the attached Consent Decree as a resolution of the claims that EEOC pleaded in its Complaint filed in the above-styled and numbered action.

2. The Parties believe that the terms of this Consent Decree are lawful, fair, reasonable, equitable, and just.

3. The Parties believe that the Consent Decree conforms to the Federal Rules of Civil Procedure and the Americans with Disabilities Act of 1990, as amended ("ADA"), and is not in derogation of the rights or privileges of any person. The entry of this Consent Decree will further the objectives of the ADA and will be in the best interests of the Parties, those for whom EEOC seeks relief, and the public.

Attached as Exhibit 2 to this Motion is a proposed Order of Dismissal submitted in

accordance with the Court's Order at ECF No. 124.

Respectfully submitted,

| | |
|---|---|
| /s/ Ronald L. Phillips | /s/ Daniel J. Clark |
| RONALD L. PHILLIPS | MARK A. KNUEVE |
| SUPERVISORY TRIAL ATTORNEY | DANIEL J. CLARK |
| GREGORY A. MURRAY | CORY D. CATIGNANI |
| SENIOR TRIAL ATTORNEY | VORYS, SATER, SEYMOUR AND PEASE LLP |
| EEOC – Baltimore Field Office | 52 East Gay Street |
| George H. Fallon Federal Building | Columbus, OH 43216-1008 |
| 31 Hopkins Plaza, Suite 1432 | Telephone: (614) 464-6987 |
| Baltimore, MD 21201 | Fax: (614) 719-4808 |
| Telephone: (410) 209-2737 | maknueve@vorys.com |
| Fax: (410) 962-4270 | djclark@vorys.com |
| ronald.phillips@eeoc.gov | cdcatignani@vorys.com |
| gregory.murray@eeoc.gov | |
| | /s/ Justin M. Harrison |
| /s/ Helen Campbell Altmeyer | JUSTIN M. HARRISON |
| HELEN CAMPBELL ALTMEYER | (WVSB #9255) |
| ASSISTANT UNITED STATES ATTORNEY | JACKSON KELLY PLLC |
| CIVIL DIVISION CHIEF | Post Office Box 553 |
| WV Bar #117 | Charleston, WV 25322 |
| U.S. Courthouse & Federal Building | Telephone: (304) 340-1358 |
| 1125 Chapline St., Suite 3000 | Fax: (304) 340-1080 |
| Wheeling, WV 26003 | justin.harrison@jacksonkelly.com |
| Telephone: (304) 234-0100 | |
| helen.altmeyer@usdoj.gov | Counsel for Defendant Big Lots Stores, Inc. |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# ELKINS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>BIG LOTS STORES, INC.  )<br>)<br>Defendant.  )<br>) | Case No. 2:17-cv-00073<br><br>Judge Thomas S. Kleeh |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 25th day of November 2019, the foregoing Joint Motion for Entry of Consent Decree was served via the Court's ECF filing system on all parties in this action.

Respectfully Submitted,

/s/ Helen Campbell Altmeyer
Helen Campbell Altmeyer
Assistant United States Attorney
Civil Division Chief
WV Bar #117
U.S. Courthouse & Federal Building
1125 Chapline St., Suite 3000
Wheeling, WV 26003
Telephone: (304) 234-0100
helen.altmeyer@usdoj.gov