# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# ELKINS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BIG LOTS STORES, INC. )<br>)<br>Defendant. )<br>) | Case No. 2:17-cv-00073<br><br>Hon. Thomas S. Kleeh |

## ORDER OF DISMISSAL

In accordance with Paragraph 14 of the Consent Decree approved and entered by the Court in the above-styled and numbered action, it is ORDERED that the above-styled and numbered action be, and it is hereby, DISMISSED.

It is further ORDERED that the Court shall retain jurisdiction to enforce the terms of the Consent Decree.

Signed and entered this 26th day of November, 2019.

*Tom S Kleeh*

HONORABLE THOMAS S. KLEEH
United States District Judge